UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE D. WELLS, M.D.,<br><br>Defendant. | Civil Action No: 5:26-CV-00344 |

## CONSENT JUDGMENT

Plaintiff, the United States of America, by and through its attorneys, William R. Keyes, United States Attorney; and Barbara G. Parker, Assistant United States Attorney; Wayne D. Wells, M.D., Defendant, hereby consent as follows:

Defendant is indebted to the United States by reason of past due tuition, fees, stipends, and other reasonable educational costs obtained by the National Health Service Corps (NHSC) Scholarship Program (SP) (42 U.S.C. 254l, m-q), United States Public Health Service (PHS), United States Department of Health and Human Services (HHS). Plaintiff and Defendant have agreed to settle the matter with the entry of this Consent Judgment in favor of the Plaintiff and against Defendant in the principal amount of $42,188.37.

Defendant was served with the Complaint filed in this matter by the Marshall service on August 18, 2026. Defendant evidences his consent by signing here-under and joins the Plaintiff in moving the Court to grant this Consent Judgment.

Therefore, pursuant to the consent by the parties and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment, in the principal amount of $42,188.37, is hereby entered against Defendant.

This 17th day of September, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: ***s/Barbara G. Parker***
Barbara G. Parker
Assistant United States Attorney
Georgia Bar No. 561750

United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
478-752-3511
Barbara.Parker@usdoj.gov

I, Wayne D. Wells, M.D., hereby agree and consent that the United States may take a Consent Judgment against me in the amount of $42,188.37.

This 9th day of September, 2026.

Wayne D. Wells, M.D., Defendant

IT IS SO ORDERED this 17 day of Sept, 2026.

UNITED STATES DISTRICT JUDGE

RECEIVED USAO/GAM MACO
'26 SEP 15 AM10:30